UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

United States District Court
Southern District of Texas
FILED

MAR 2 6 2019

David J. Bradley, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA | § § |
| v. | §   Criminal No.  M-19-521 |
| | § |
| ROBERTO CAVAZOS, JR. | § |
| JAVIER JAIME GARCIA | § |
| JOSE MANUEL CAVAZOS, II | § |

## SEALED INDICTMENT

**THE GRAND JURY CHARGES:**

### Count One

On or about December 3, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ROBERTO CAVAZOS, JR.
JAVIER JAIME GARCIA
and
JOSE MANUEL CAVAZOS, II**

did knowingly and intentionally conspire and agree together and with other persons known and unknown to the Grand Jurors, to possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(A).

### Count Two

On or about December 3, 2018, in the Southern District of Texas and within the jurisdiction of the Court, defendants,

**ROBERTO CAVAZOS, JR.
JAVIER JAIME GARCIA
and
JOSE MANUEL CAVAZOS, II**

did knowingly and intentionally possess with intent to distribute a controlled substance. The controlled substance involved was 500 grams or more, that is, approximately 1.1 kilograms of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A) and Title 18, United States Code, Section 2.

A TRUE BILL

_____
FOREPERSON

RYAN K. PATRICK
UNITED STATES ATTORNEY

_____
ASSISTANT UNITED STATES ATTORNEY